930 F.2d 920
 Delta Airlines, Inc., Western Air Lines, Inc.
v.
Belcastro-Bowen (Deborah), Reiser (Marleena), Adams (Alice),
Andrews (Craig), Bailey (Pamela), Beal (Judith D.), Brenot
(Pamela), Bunce (Carol), Cohen (Stephanie), Connor-Cook
(Deborah), Cramer (Constance), Daly (Barbara), Dickerson
(Sheila), Dillon (Wendy), Doram (Joanne), DuBord (Debra),
Foley (Sandra), Forde (Connie M.), Freeman (Roberta), Hahn
(Lawrence), Haller (Gail), Heath (Emily), Hogan (Carol), Hunt-Peterson
 NO. 89-16141
 United States Court of Appeals,
Ninth Circuit.
 APR 15, 1991
 
 1
 Appeal From: N.D.Cal.
 
 
 2
 AFFIRMED.